**LAW OFFICE OF RACHEL S. BLUMENFELD**

Rachel S. Blumenfeld
26 Court Street, Suite 814
Brooklyn, NY 11242
Tel: (718) 858-9600
Email: Rachel@Blumenfeldbankruptcy.com

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 313 46th Street, Inc. | ) |
| | ) Case No. 1-24-42806—ess |
| *Debtor-in-Possession*. | ) |

## NOTICE OF MOTION OF LAW OFFICE OF RACHEL S. BLUMENFELD PLLC TO WITHDRAW FROM CASE

**PLEASE TAKE NOTICE**, that upon the attached motion of the Law Office of Rachel S. Blumenfeld, PLLC seeking to withdraw from this Chapter 11 case, a hearing shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, which will be heard before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, U.S. Bankruptcy Court, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201-1800.  The hearing will take place on **January 15, 2025 at 10:30 AM.**  Questions about

any appearance may be addressed to the Clerk of the Court at the above address or by visiting the Court's webpage at www.nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, all hearings before Judge Stong will be conducted by telephone, video or in person, as the Court deems appropriate. For remote hearings, whether telephonic or video, it is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely. Whether the hearing is in person or remote, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For remote hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called.

**PLEASE TAKE FURTHER NOTICE** If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyeb-Appearances.pl. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance- using-ecourt-appearances. For more information, please see https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed with the Court, and a chambers copy provided to Chambers of the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, U.S. Bankruptcy Court, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800, and served on undersigned counsel, at Law Office of Rachel S. Blumenfeld PLLC, 26 Court Street, Suite 814, Brooklyn, New York 11242, Attn: Rachel S. Blumenfeld in each case so as to be received no later than January 8, 2025 at 4:00 PM (New York). Any response must set forth the grounds for and the facts supporting the response and must: (i) identify the response by the name of the responding party, (ii) indicate the hearing date on the upper right hand of the objection, and (iii) bear the caption and case number of this adversary proceeding.

**PLEASE TAKE FURTHER NOTICE**, that the Motion is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nyeb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

Dated: Brooklyn, New York
      December 14, 2024

                                        Respectfully submitted,
                                        Law Office of Rachel S. Blumenfeld

                              By:    */s/ Rachel S. Blumenfeld*
                                        Rachel S. Blumenfeld (RB-1458)
                                        26 Court Street, Suite 814
                                        Brooklyn, NY 11242
                                        Tel: (718) 858-9600

                                        *Counsel to the Debtor*

LAW OFFICES OF RACHEL S. BLUMENFELD PLLC
*Attorney for the Debtor*
26 Court Street, Suite 814
Brooklyn, New York 11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

**UNITED STATES BANKRUPTCY COURT**
**EASTER DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>313 46th Street, Inc.,<br><br>*Debtor-in-Possession*. | Chapter 11<br><br>Case No. 1-24-42806—ess |

### DECLARATION OF RACHEL S. BLUMENFELD, ESQ. IN SUPPORT OF APPLICATION OF THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR

Rachel S. Blumenfeld, of the firm of The Law Office of Rachel S. Blumenfeld PLLC (the "Firm"), attorneys for the Debtor 313 46th Street, Inc.,(hereinafter the "Debtor"), pursuant to 28 U.S.C. § 1746, and Local Bankruptcy Rule 2090-1(d) declares under penalty of perjury as follows:

1. I am the attorney of record for the Debtor and I am making this declaration in support of my Application to Withdraw as Attorney of Record for the Debtor. I have personal knowledge of the facts set forth herein, except to those facts that are stated upon information and belief, and as to those facts, I believe them to be true.

## GENERAL BACKGROUND

2. This case was commenced by the filing of a chapter 11 petition with the Clerk of the Court for the Eastern District of New York on July 5, 2024.

3. An Application to Employ the Law Office of Rachel S. Blumenfeld was filed on August 21, 2024 [ECF Docket 11].

4. The Debtor is now represented by The Law Office of Rachel S. Blumenfeld PLLC.

## Facts in Support of Motion to Withdraw as Counsel

5. There has been a fundamental question as to how to proceed in this case with the Debtor. Attorney client privilege prohibits me from being more specific as to the precise reasons why I feel I can no longer represent the Debtor going forward, in addition to counsel believing there is now a conflict of interest in her representing the Debtor in this case. This breakdown is such that I can no longer fulfill my obligations to the Debtor. Based upon the foregoing, I believe that I can no longer remain in this case.

6. The Debtor and I have discussed how to proceed in this case. Counsel has advised the Debtor numerous times of her intent and having no choice but to withdraw from this case.

7. It is submitted that the foregoing as to the break-down in communication, constitutes "cause" for this Court's approval of my withdrawal as counsel in this case.

## POSTURE OF THE CASE

8. An adjourned status conference is scheduled for January 29, 2025 at 10:30 a.m.

9. The Debtor is deficient on filing monthly operating reports since the inception of this case.

## RELIEF REQUESTED

11. I am seeking an order pursuant to Rule 2090-1(d) ("Rule 2090-1(d)") of the Local Bankruptcy Rules for the Southern and Eastern Districts of New York. Requests to withdraw as counsel are governed by Eastern District of New York Local Civil Rule 1.4 and E.D.N.Y. Local Bankruptcy Rule 2090-1. Local Bankruptcy Rule 2090-1 requires that:

> An attorney who has been authorized to be retained or has appeared as the attorney of record for any party in any case or adversary proceeding may not withdraw or be relieved or displaced except by order after notice to the party represented, any adversaries (if applicable), the United States trustee and the trustee. An application for such an order shall include a showing by affidavit of satisfactory reasons for withdrawal or displacement and the posture of the case, including the status of any pending matters.

E.D.N.Y. LBR 2090-1(d).

13. The facts set forth above demonstrate cause for an order allowing me to withdraw as attorney for the Debtor.

14. In the Sixth Circuit's decision in Brandon v. Blech, 560 F.3d 536 (6th Cir. 2009), the Court noted, "while these rules stop short of guaranteeing a right to withdraw, they confirm that withdrawal is presumptively appropriate where the rule requirements are satisfied." *Id*. at 538.

15. In addition, there has been a fundamental question as to how to proceed in this case, where I can no longer represent the Debtor.

16. I have given great consideration to this matter and do not make this application lightly.  However, I cannot continue given the present situation.

## **NO PRIOR REQUEST**

17. No prior application has been made by me for the relief sought herein.

**WHEREFORE**, I respectfully requests the entry of an Order granting the relief requested for which no previous request has been made, and that the Court grant such other and further relief  it deems just and proper.

Dated: Brooklyn, New York
       December 14, 2024

                                                Respectfully submitted,
                                          Law Office of Rachel S. Blumenfeld PLLC

                                     By: ___*/s/ Rachel S. Blumenfeld*_____
                                            Rachel S. Blumenfeld (RB-1458)
                                            26 Court Street, Suite 814
                                            Brooklyn, NY 11242
                                            Tel:  (718) 858-9600